**RECEIVED**
Court of Appeals

JAN 1 4 2015

Lisa Matz
Clerk, 5th District

Re: Court of Appeals Number 05-14-00139-CR

Trial Court Case Number F-0724608-L

Reginald Doney Thompson

V.

The State of Texas

In the Court of Appeals

Dallas Division

Fifth District of Texas

Request for a 60 Day Extention of Time
to File a Petition for Discretionary Review

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

To the Honorable Judge of the Court:

Now Comes Reginald Doney Thompson the Appellant in the Above cause pursuant to Rule 68.02 and Respectfully request a 60 Day Extention of time needed to prepare the Petition for Discretionary Review be so Ordered. And In Support of this motion Appellant would show this Court the following:

I.

On December 15, 2014, Appellants conviction was Affirmed by the Fifth court of Appeals in Cause No. 05-14-00139 Styled: Reginald Doney Thompson V. The State of Texas.

II.

The Present deadline for filing A Petition for Discretionary Review is January 15, 2015, Appellant

**FILED IN**
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Respectfully requests and 60 Day Extension of Time until March 15, 2015.

## III

The Appellant now filing Pro Se certifies that the the Record will Show that No Previous extensions were Requested or Granted to Him and that the time Requested is not privileged but material to Adequate preparing the Petition consistent with the Law.

Wherefore Premises considered the Appellant respectfully prays that this Honorable Court will Grant the Request for a 60 day Extension of time this ___11___ day of January 2015

Respectfully Submitted

Reginald Thompson

Pro' Se

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

# Unsworn Declaration
### (Texas Civil Practice and Remedies Code, Section 132.001)

My name is: _Reginald_ _Donely_ _Thompson_,
    First          Middle             Last

my date of birth is: _1_ / _6_ / _1987_, and
                Month    Day    Year

my address is: _1620 FM 3344_ _Jacksboro_ _Texas_ _76458_
              Street Address         City        State      Zip Code

and _Jack_.
       Country

My email address is _N/A_.

| (If you are incarcerated, you must also include the following information.) |
| --- |
| My inmate identifying number, if any, is: _01897562_. |
| I am presently incarcerated in: _Lindsey State Jail Unit_ |
|                                              Corrections Unit Name |
| in: _Jacksboro_ _Jack_ _Texas_ _76458_. |
|     City            County           State       Zip Code |

**I declare under penalty of perjury that all information in the attached document titled,**

_Request for A 60 Day Extension_, **is true and correct.**
             Name of Document

Signed in _Jack_ County, _Texas_,
                County                   State

on this date: _1_ / _11_ / _15_.
             Month    Day    Year

_[signature]_
Your Signature

Pursuant to Texas Civil Practice and Remedies Code Section 132.001, an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law. This provision does not apply to an oath of office or an oath required to be taken before a specified official other than a notary public. An unsworn declaration made under this section must be 1) in writing, 2) signed by the person making the declaration as true under penalty of perjury and 3) in substantially the form used above.